## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Osvaldo Orengo M.D. , Judith M. Orengo, and the conjugal partnership constituted between them.<br><br>    Plaintiffs,<br><br>vs.<br><br>Clare County, Clare City Police Department, Barry Babcock, in his personal and official capacity, Norman E. Cage, in his personal and official capacity, Mid Michigan Health. and John Doe<br><br>    Defendants | Civil Number:    08-1551<br><br>Violation of Civil Rights; and Michigan State law claims for damages.<br><br>JURY TRIAL DEMANDED |

<u>Motion</u>

TO THE HONORABLE COURT:

Comes now plaintiffs, Osvaldo Orengo, Judtih M. Orengo, and the conjugal partnership constituted between them, through their undersigned counsel and respectfully state and pray as follows:

1. Attached hereto are the Civil cover sheet, the Category Sheet and Current Address

Respectfully submitted.

In San Juan, Puerto Rico this 21st day of May 2008.

/s/ William Santiago-Sastre
USDC-PR- 201106
P.O. Box 1801, Sabana Seca
Puerto Rico 00952-1801
Tel 787-753-5000;
Fax 787-753-5005
wsantiagosastre@gmail.com