AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| OSVALDO ORENGO ET ALS. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. $O9-1551\ RLA$ |
| COUNTY OF CLARE ET ALS. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

NORMAN E. CAGE
PROSECUTOR'S OFFICE
CLARE, MICHIGAN

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WILLIAM SANTIAGO SASTRE
P.O. BOX 1801
SABANA SECA, PUERTO RICO 00952-1801
TEL. 787-753-5000;FAX 787-753-5005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

Date:  JUL 14 2009 

Name of clerk of court
JOSE A. LEBRON-ALBINO
DEPUTY CLERK

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| OSVALDO ORENGO ET ALS. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  *O8-1551 RLA* |
| COUNTY OF CLARE ET ALS. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    DETECTIVE BOBBY BABCOCK
    CLARE POLICE DEPARTMENT
    CLARE, MICHIGAN

A lawsuit has been filed against you.

      Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  WILLIAM SANTIAGO SASTRE
  P.O. BOX 1801
  SABANA SECA, PUERTO RICO 00952-1801
  TEL. 787-753-5000;FAX 787-753-5005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                            FRANCES RIOS DE MORAN
                            CLERK OF COURT

JUL 1 4 2008

Date: _____
                               Name of clerk of court
                            JOSE A. LEBRON-ALBINO
                            DEPUTY CLERK

                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| OSVALDO ORENGO ET ALS. | ) |
| Plaintiff | ) |
| v. | ) |
| COUNTY OF CLARE ET ALS. | ) |
| Defendant | ) |

Civil Action No. $08 - 1551$ ZLA

## Summons in a Civil Action

To: *(Defendant's name and address)*

    CITY OF CLARE POLICE DEPARTMENT
    CLARE, MICHIGAN

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    WILLIAM SANTIAGO SASTRE
    P.O. BOX 1801
    SABANA SECA, PUERTO RICO 00952-1801
    TEL. 787-753-5000;FAX 787-753-5005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

Date:    JUL 14 2008

Name of clerk of court
JOSE A. LEBRON-ALBINO
DEPUTY CLERK

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| OSVALDO ORENGO ET. ALS.. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  08-1551 (RLA) |
| COUNTY OF CLARE ET. ALS. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

COUNTY OF CLARE
CLARE, MICHIGAN

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WILLIAM SANTIAGO SASTRE ESQ.
P.O. BOX 1801
SABANA SECA, PUERTO RICO 00952-1801
TEL. 787-753-500;FAX 787-753-5005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

JUL 1 4 2008

Date: _____

Name of clerk of court
JOSE A. LEBRON-ALBINO
DEPUTY CLERK

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| OSVALDO ORENGO ET ALS. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. $08 - 1551 \; RLA$ |
| COUNTY OF CLARE ET ALS. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

MID MICHIGAN HEALTH
CLARE, MICHIGAN

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WILLIAM SANTIAGO SASTRE
P.O. BOX 1801
SABANA SECA, PUERTO RICO 00952-1801
TEL. 787-753-5000;FAX 787-753-5005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

Date:  JUL 14 2008 

Name of clerk of court
JOSE A. LEBRON-ALBINO
DEPUTY CLERK

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*